STATE of Missouri, Respondent,

v.

Ronald BLEWITT, Appellant.

No. WD 54216.

Missouri Court of Appeals,
Western District.

May 12, 1998.

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Angel M. Woodruff, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and SPINDEN, JJ.

### ORDER

PER CURIAM.

From a conviction for deviate sexual assault, and sentence of eight years as a prior and persistent offender, the appellant raises two points for plain error review: (1) improper voir dire of the jury panel; and (2) improper closing argument. Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Plaintiff/Respondent,

v.

Bryan WRICE, Defendant/Appellant.

No. 71923.

Missouri Court of Appeals,
Eastern District,
Division One.

May 12, 1998.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cristi A. Ingalsbe, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Bryan Wrice appeals his conviction of two counts of first degree robbery in violation of Section 569.020 RSMo 1994. Wrice claims the trial court committed reversible error in overruling his motion to disallow the State's four peremptory strikes against black venirepersons. Wrice also claims the court erred in denying his objection to the State's eliciting testimony about his prior acts.

We have read the briefs and reviewed the legal file and transcripts. We find no error of law and no jurisprudential purpose will be served by an extended written opinion. Judgment affirmed in accordance with Rule 30.25(b).